# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. TRACY, | ) |
| Plaintiff, | ) Case No. 2:15-cv-02029-RCJ-GWF |
| vs. | ) **ORDER** |
| CYTTA CORP. | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion to Seal Exhibits 3 and 15 of Plaintiff's Motion to Compel (#6), filed on October 21, 2015.

Plaintiff moves to have exhibits 3 and 15 to the Motion to Compel (#1) filed under seal. Plaintiff represents that these documents are protected by the protective order in the case of *Tracy v. Telemetrix et al.*, 8:12CV-359 in the United States District Court for the District of Nebraska. Plaintiff has sufficiently established good cause for sealing the exhibits. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal Exhibits 3 and 15 of Plaintiff's Motion to Compel (#6) is **granted**. Plaintiff shall file Exhibits 3 and 15 under seal.

**DATED** this 23rd day of October, 2015.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge