**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. TRACY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-02029-RCJ-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CYTTA CORP. ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion to Compel Production and for Costs Incurred (#1) filed October 20, 2015. After considering the papers submitted by the Plaintiff, and there being no opposition filed, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Production and for Costs Incurred (#1) is **granted**. Counsel for Plaintiff shall, no later than **December 21, 2015**, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of attorney's fees and costs incurred in the motion addressed in this order. The memorandum shall provide a reasonable itemization and description of the work performed, identify the attorney(s) or other staff member(s) performing the work, the customary fee of the attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work. The attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the fees and costs charged are reasonable.

**IT IS FURTHER ORDERED** that counsel for Defendant shall have 15 days from service of the memorandum of costs and attorney's fees in which to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any equitable considerations deemed

appropriate for the court to consider in determining the amount of costs and fees which should be awarded.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall have 11 days from service of the responsive memorandum in which to file a reply.

**IT IS FURTHER ORDERED** that Plaintiff shall serve this Order on Defendant by personal service upon CYTTA Corp., by serving its Registered Agent.

DATED this 23rd day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge